# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0195
LT Case No. 2017-DR-5286-FM
_____

BRYAN WALTERS,

    Appellant,

    v.

DEBORAH BARBER and STATE OF
FLORIDA, DEPARTMENT OF
REVENUE,

    Appellees.

_____



On appeal from the Circuit Court for Duval County.
Mark H. Mahon, Judge.

Bryan Walters, Jacksonville, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior
Assistant Attorney General, Office of the Attorney General, Child
Support Enforcement, Tallahassee, for Appellee Department of
Revenue.

No Appearance for Remaining Appellee.

May 28, 2024

PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____